UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LISA K. MILLER and DEAN G. MILLER,

              Plaintiffs,

     vs.                                     CIVIL NO.  5:09-cv-38 (GTS/DEP)

ELEXCO LAND SERVICES, INC.,
ANSBRO PETROLEUM COMPANY, LLC,
ANSCHUTZ EXPLORATION CORP.,
ANSCHUTZ COMPANY, and
THE ANSCHUTZ CORPORATION,

              Defendants.

Appearances:                                Of Counsel:

MICHAELS & SMOLAK, P.C.            Lee S. Michaels, Esq.
  *Attorneys for Plaintiffs*
17 East Genesee Street, Suite 401
Auburn, NY 13021

RUPP, BAASE PFALZGRAF, CUNNINGHAM    R. Anthony Rupp, III, Esq.
  & COPPOLA, LLC                      Jason G. Ulatowski, Esq.
  *Attorneys for Defendant Elexco*
424 Main Street
1600 Liberty Building
Buffalo, NY 14202-3616

SMITH, SOVIK, KENDRICK & SUGNET, PC    Daniel R. Ryan, Esq.
  *Attorneys for Anschutz Defendants*
250 South Clinton Street, Suite 600
Syracuse, NY 13202-1252

Glenn T. Suddaby, U.S. District Judge

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

    The Court having been advised by counsel that the parties in this action have

entered into an agreement in settlement of all claims in this action, and that they

reasonably anticipate finalizing their agreement shortly, following which this action

will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.   Counsel has also advised that no infant or incompetent is a party to this action.   Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court.   It is therefore hereby

ORDERED that this action is DISMISSED in its entirety without prejudice pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be with prejudice.

Dated:        March 8, 2012
              Syracuse, New York


_____
Hon. Glenn T. Suddaby
U.S. District Judge